# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152562(87)(88)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

DAVID ROARK,
      Defendant-Appellee.

SC: 152562
COA: 316467
Wayne CC: 08-009312-FC

_____/

      On order of the Chief Justice, the motions of Shokelle McKay for immediate consideration, to waive fees, and for leave to file a brief amicus curiae are GRANTED. The amicus brief submitted on July 18, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2016



Clerk